IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOANN JACKSON                                                                                    PLAINTIFF

V.                              CASE NO. 2:15CV00082 BSM-JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration
DEFENDANT

## ORDER

Pending before the court is Defendant's Voluntary Unopposed Motion to Remand (DE #6) for further administrative proceedings. Sentence six of 42 U.S.C. § 405(g) authorizes a remand in two limited situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency. Here, the Defendant has not yet filed an Answer to Plaintiff's complaint; thus, remand pursuant to sentence six of 42 U.S.C. § 405(g) is appropriate. Therefore, the Commissioner's unopposed motion to remand is hereby granted, and the case is remanded to the Commissioner for further administrative action pursuant to "sentence six" of section 405(g).

IT IS SO ORDERED this 20th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE